UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
    LIN YUE FONG
    CARMEN BORRERO ZAYAS

DEBTORS

CASE NO. : 9403469-G

CHAPTER 13

TRUSTEE REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

    COMES Ramon F. Lopez, Trustee and reports:

1. This case is closed. Checks were issued by the undersigned and the required time has elapsed for the cancelation of the same.

2. To date, the account of this state reflects that the sum(s) hereinafter detailed is (are) still on deposit representing unclaimed money due to the following creditors:

| CREDITOR'S NAME AND ADDRESS | CHECK NUMBER | AMOUNT UNCLAIMED |
|---|---|---|
| R & G MORTGAGE CORPORATION<br>PO BOX 362394<br><br>SAN JUAN PR<br>    00936-2394 | 1339794 | $     3,336.13 |
| R & G MORTGAGE CORPORATION<br>PO BOX 362394<br><br>SAN JUAN PR<br>    00936-2394 | 1339794 | $     75.06 |

    WHEREFORE, the Trustee tenders check(s) in the sum of $ 3,411.19 payable to the Clerk, U.S. Bankruptcy Court, after which check(s) the debtor's account will be reduced to $0.00.



CERTIFICATE OF SERVICE

    I CERTIFY that on this same date I have mailed a true copy of this motion to:

| | |
|---|---|
| LIN YUE FONG<br>CARMEN BORRERO ZAYAS<br>URB VALLE VERDE<br>#19 CALLE B<br>PONCE PR<br>    00731 | *AMADO A PEREIRA SANTIAGO*<br>PO BOX 10779<br>PONCE PR<br>    00732-0779 |

R & G MORTGAGE CORPORATION
PO BOX 362394

SAN JUAN PR
    00936-2394

DATE: MAY 1 4 2001

Ramon F. Lopez, Trustee
PO BOX 70370
San Juan, P.R. 00936-8370
(787) 977-3500 * FAX 977-3521